# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE

RECEIVED MAILROOM
OCT 2 0 2004
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FILED 2004 OCT 25 P 1:27
U.S. DISTRICT COURT
BRIDGEPORT CT

ANNE MARIE CHAMBERS

V.

KUMA J. DEBOO

PRISONER
Case Number: 3:02cv2024(JCH)

Notice to Clerk, District Court,
for the Eastern District of **Virginia**

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Bridgeport, Connecticut, October 18, 2004.

KEVIN F. ROWE, CLERK

By: *Mary E. Larsen*
Mary E. Larsen
Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____

Assigned case number: _____

This case was received by: _____

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

KEVIN F. ROWE
CLERK

TEL NO 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE

ANNE MARIE CHAMBERS

V.

KUMA J. DEBOO

PRISONER
Case Number: 3:02cv2024 (JCH)

Notice to Clerk, District Court,
for the Eastern District of **Virginia**
-----------------------

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Bridgeport, Connecticut, October 18, 2004.

KEVIN F. ROWE, CLERK

By: _Mary E. Larsen_
Mary E. Larsen
Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on  10/20/04

Assigned case number:  1:04cv1252

This case was received by:  D. Thompson